IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**MARTERRIO HARRIS and LACASTA BROOKS,** *Individually, and on behalf of themselves and others similarly situated*,

    **Plaintiffs,**

v.

**FEDERATED SECURITY SOLUTIONS, LLC, d/b/a SIGNAL 88 SECURITY,** *and* **HUSTON S. AKINS,** *individually,*

    **Defendants**

Civil Action No. 2:24-cv-02339-MSN-cgc

FLSA 216(b) Multi-Plaintiff Action

JURY DEMANDED

---

### SECOND JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

---

COME NOW Plaintiffs and Defendants, by and through undersigned counsel, and hereby move the Court for an Order approving the terms of the FLSA settlement reached by the Parties and for dismissal of all claims with prejudice, should the Court grant approval of the Settlement Agreement.

In support of this motion, the parties rely upon the contemporaneously filed Memorandum in Support, the attached Settlement Agreement, an attached Affidavit of Attorney J. Russ Bryant and the Court's entire record of this case.

WHEREFORE, the parties respectfully request that the Court enter an Order granting this Motion and approving the Settlement Agreement.

Dated this, the 20th day of June, 2025.

Respectfully submitted this 20th day of June, 2025.

/s/Regan S. Steepleton
Regan S. Steepleton          BPR No. 36933
**Evans Petree PC**
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
(901) 525-6781
*rsteepleton@evanspetree.com*

*Attorneys for Defendants*

&

/s/ J. Russ Bryant
Gordon E. Jackson            BPR No. 8323
J. Russ Bryant               BPR No. 33830
Joshua Autry                 BPR No. 41423
J. Joseph Leatherwood IV     BPR No. 39490
**Jackson, Shields, Holt, Owen & Bryant**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
(901) 754-8001
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*jautry@jsyc.com*
*jleatherwood@jsyc.com*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, J. Russ Bryant, hereby certify that on this, the 20th day of June, 2025, I electronically filed the foregoing Second Joint Motion for Approval of FLSA Settlement with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

>Regan S. Steepleton
>**Evans Petree PC**
>1715 Aaron Brenner Drive, Suite 800
>Memphis, Tennessee 38120
>(901) 525-6781
>*rsteepleton@evanspetree.com*
>
>*Counsel for Defendants*

*/s/J. Russ Bryant*